ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :        <u>UNSEALING ORDER</u>

ROBERT COPLAN,                      :        07 Cr. 453
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and                :
BRIAN VAUGHN,
                                    :
    Defendants.
                                    :
------------------------------x

    Upon the application of the United States of America, by and through Assistant United States Attorney Deborah E. Landis;

    It is found that the Indictment in the above-captioned action is currently sealed and that the United States Attorney's Office has applied to have that Indictment unsealed; and it is therefore

    Ordered that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       May 30, 2007

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

                                               ANDREW J. PECK
                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 30 2007