==================================================================

# United States District Court

Southern District of New York

_____

United States of America,

    -v-                                          **APPEARANCE**

Martin Nissenbaum,                          Case no. 07 Crim. 453
    Defendant.

_____

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Martin Nissenbaum

I certify that I am admitted to practice in this Court.


June 26, 2007

                                                      _____
                                                      Signature

                                                       Clayman & Rosenberg

                                                       Brian D. Linder

                                                       305 Madison Ave. , Ste 1301
                                                       New York, New York 10165

                                                       Phone: 212-922-1080/ Fax: 212 949 8255