==================================================================

# United States District Court

Southern District of New York

_____

United States of America,

    -v-

Martin Nissenbaum,

    Defendant.

**APPEARANCE**
07 Crim. 453

_____

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Martin Nissenbaum

I certify that I am admitted to practice in this Court.

June 26, 2007

_____

Signature

Clayman & Rosenberg

Isabelle A. Kirshner

305 Madison Ave. , Ste 1301
New York, New York 10165

Phone: 212-922-1080/ Fax: 212 949 8255