EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **DEFENDANT RICHARD SHAPIRO'S** |
| ) | **WAIVER OF APPEARANCE** |
| ROBERT COPLAN, ) | **AT JULY 10, 2007** |
| MARTIN NISSENBAUM, ) | **STATUS CONFERENCE** |
| RICHARD SHAPIRO, and ) | |
| BRIAN VAUGHN, ) | 07 CR 453 (SHS) |
| ) | |
| Defendants. ) | |

The undersigned defendant, Richard Shapiro, waives his right to be present for the status conference hearing in the above-captioned matter on July 10, 2007. The undersigned defendant acknowledges that he has been advised by counsel of his right to be present and he understands the basis for the waiver. Counsel for the undersigned defendant will appear on his behalf and with full authority to act on his behalf.

Dated: July 3, 2007

_Richard Shapiro_
Richard Shapiro

1354568.1
1376413.1

EXHIBIT C