UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) **07 Cr. 453 (SHS)** |
| ROBERT COPLAN, | ) |
| MARTIN NISSENBAUM, | ) |
| RICHARD SHAPIRO, | ) |
| BRIAN VAUGHN, | ) |
| DAVID L. SMITH, and | ) |
| CHARLES BOLTON, | ) |
| | ) |
| Defendants. | ) |

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorneys respectfully request the Clerk to note their appearance in this case

and to add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this

case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:     _____/s/_____
        Lauren Goldberg
        Assistant United States Attorney
        (212) 637-1040
        lauren.goldberg@usdoj.gov

By:     _____/s/_____
        Marshall A. Camp
        Assistant United States Attorney
        (212) 637-1035
        marshall.camp@usdoj.gov

TO:     Peter Barrett, Esq.
        Charles Clayman, Esq.
        Howard Heiss, Esq.
        Paula Junghans, Esq.
        Jack Tigue, Esq.