UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :     ORDER

ROBERT COPLAN,                      :     (S1) 07 Cr. 453 (SHS)
MARTIN NISSENBAUM,
RICHARD SHAPIRO,                    :
BRIAN VAUGHN,
DAVID L. SMITH, and                 :
CHARLES BOLTON,
                                    :
    Defendants.
                                    :
-------------------------------x

IT IS HEREBY ORDERED *on consent of the parties* that the two-page document ordering the Impaneling of the August 2006 Special Grand Jury and the one-page document ordering the extension of that Special Grand Jury shall be unsealed for the limited purpose of producing them to the defendants in the above-captioned matter.

Dated: New York, New York
       April 30, 2008

                                    HONORABLE SIDNEY H. STEIN
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08