UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                   :
                                           :
         -against-                         :
                                           :    (S1) 07 CR 453 (SHS)
ROBERT COPLAN,                             :
MARTIN NISSENBAUM,                         :    NOTICE OF MOTION
RICHARD SHAPIRO,                           :
BRIAN VAUGHN,                              :
DAVID L. SMITH, and                        :
CHARLES BOLTON,                            :
                                           :
                        Defendants.        :
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the annexed declaration of Isabelle Kirshner, Esq., duly sworn to on the 5th day of May, 2008, the Exhibits annexed thereto, and the accompanying Memorandum of Law, and all proceedings heretofore had herein, the undersigned counsel for Martin Nissenbaum shall move this Court, before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, New York, New York, for an ORDER:

       1. Pursuant to Rule 8(b), Fed.R.Crim.P., severing counts five, six, seven, and eight from the remaining counts of the indictment;

       2. Pursuant to Rule 7(f), Fed.R.Crim.P., compelling the government to provide the defendant with a bill of particulars;

       3. Pursuant to Rule 16, Fed.R.Crim.P., and the rule of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), compelling the government to comply with its discovery obligations; and

       4. For such other and further relief as to this Court may seem just and proper, including leave to join in such applications for pretrial relief as may be filed on behalf of the co-defendants in this prosecution.

Dated: New York, New York
      May 5, 2008

                                                Yours, etc.

                                                Isabelle A. Kirshner, Esq. (7133)
                                                Brian D. Linder, Esq. (3581)
                                                CLAYMAN & ROSENBERG
                                                305 Madison Avenue, Suite 1301
                                                New York, New York 10165
                                                (212) 922-1080
                                                Attorneys for Martin Nissenbaum

TO:    Clerk of the Court

        Lauren Goldberg
        Marshall Camp
        Assistant United States Attorneys

        All Defense Counsel