UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

-v-

**Declaration of Isabelle A. Kirshner**
S1 07 Crim. 453 (SHS)

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO,
BRIAN VAUGHN,
DAVID SMITH and
CHARLES BOLTON,

　　　　　Defendants.

------------------------------------------------------x

ISABELLE A. KIRSHNER, pursuant to 28 U.S.C. §1746, under penalty of perjury, declares as follows:

1)   I am a member of the firm of Clayman & Rosenberg, counsel for Martin Nissenbaum, a defendant named in the above entitled indictment. I make this declaration in support of our Motion for a Bill of Particulars.

2)   On April 9, 2008, on behalf of all the defendants charged in the above entitled indictment, I sent a letter to Assistant United States Attorney Deborah Landis, with copies to Assistant United States Attorneys Lauren Goldberg and Marshall Camp, seeking particulars to the indictment. That letter, attached hereto as Exhibit A, sought information necessary to the defense of this matter.

3)   On April 22, 2008, AUSA Lauren Goldberg sent a letter to defense counsel declining to provide a response to the particulars sought (See Government's response, attached hereto at Exhibit B).

4)   Pursuant to Local Criminal Rule 16.1 of the United States District Court for the Southern and Eastern Districts of New York, I have spoken with AUSA Lauren Goldberg on at least four occasions in a good faith effort to resolve, without the intervention of the Court, the issues raised by our Motion for a Bill of Particulars. While counsel has been provided with some information during those discussions, we have been unable to resolve the issues relating to the particulars which are sought in our motion.

Dated: New York, New York
       May 5, 2008

                                                    _____
                                                    ISABELLE A. KIRSHNER