UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 453 (SHS) |
| -against- | : | ORDER |
| ROBERT COPLAN, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that for the reasons set forth on the record, defendants' motions are denied, except defendants' joint motion for a bill of particulars disclosing the identities of unindicted co-conspirators is granted to the extent set forth on the record.

Dated: New York, New York
August 21, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.