FILED U.S. DC
JAN 27 2010
S.D. OF N.Y.

**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States of America v.

Martin Nissenbaum

Docket No.: S1 07 CR. 453 (SHS)

Hon. Sidney H. Stein
(District Court Judge)

Notice is hereby given that defendant Martin Nissenbaum appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ______ (specify)

entered in this action on January 22, 2010.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: January 21, 2010 N/A [ ]

Bail/Jail Disposition: Committed [ ] Not committed [✓] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Brian D. Linder

Counsel's Address: 305 Madison Avenue, Suite 1301
New York, New York 10165

Counsel's Phone: 212-922-1080

Assistant U.S. Attorney: Richard Tarlowe - Mark Lanpher

AUSA's Address: 1 St. Andrews Plaza
New York, New York

AUSA's Phone: 212-637-2330/2399